IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **FLORETTA RESPRESS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-355 (MTT) ) |
| **CRAWFORD COUNTY BOARD OF EDUCATION,** | ) ) ) ) |
| **Defendant.** | ) ) |

## ORDER

Before the Court is the Plaintiff's motion for leave to appeal *in forma pauperis*. (Doc. 7). A party who was permitted to proceed *in forma pauperis* in the district court may proceed on appeal *in forma pauperis* unless the district court certifies the appeal is not taken in good faith and states in writing its reasons for this finding. Fed. R. App. P. 24(a)(3)(A); 28 U.SC. § 1915(a)(3). In this case, the Plaintiff was permitted to proceed *in forma pauperis* in this Court. Her claims were then dismissed because they were time-barred. (Doc. 4). Because the Plaintiff did not assert her claims in a timely fashion, the Court cannot certify that her appeal is taken in good faith. Further, the Plaintiff filed her notice of appeal (Doc. 6) more than 30 days after this Court dismissed her case. Fed. R. App. P. 4(a)(1)(A) ("In a civil case…the notice of appeal … must be filed with the district clerk within 30 days after entry of the judgment or order appealed from.").

Accordingly, the Court finds the Plaintiff's appeal is not taken in good faith. Her motion for leave to appeal *in forma pauperis* is **DENIED**.

**SO ORDERED,** this 1st day of November, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
